MARCH 7, 1962

A.R.D. 143.—United States *v.* C. J. Tower & Sons, reappraisement 275743–A, etc.—RUBBER-TIPPED BOBBY PINS.   Entered at Niagara Falls, N.Y. A.R.D. 139.   Motion by appellee.